**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN HUNT,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES, a municipal entity; COUNTY OF LOS ANGELES, a public entity; DOES 1 through 100, inclusive,<br><br>    Defendants. | No. CV 21-6059 PA (RAOx)<br><br>JUDGMENT |

In accordance with the Court's July 6, 2023 Minute Order granting the Motion for Summary Judgment filed by defendant County of Los Angeles ("Defendant") and denying the Motion for Summary Judgment filed by plaintiff Bryan Hunt ("Plaintiff"), and the Court's March 14, 2023 Order granting the parties' Joint Stipulation to Dismiss First and Second Causes of Action from the Complaint,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is granted in favor of Defendant on Plaintiff's Third and Fourth Causes of Action, and that Plaintiff's First Cause of Action for violation of the California Private Attorneys General Act ("PAGA") (Labor Code § 2698, et seq.) and Second Cause of Action for violation of the California Business and Professions Code (Bus. & Prof. Code § 17200, et seq.) are dismissed without prejudice.

1        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff shall take nothing and Defendant shall have its costs of suit.

DATED: July 6, 2023

                                               Percy Anderson
                                      United States District Judge